JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBRADO CLEMENA, | CASE NO. CV 12-8906-AG (PJW) |
| Petitioner, | |
| v. | J U D G M E N T |
| M. BITER, KERN VALLEY STATE PRISON WARDEN, | |
| Respondent. | |

Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: September 30, 2015.

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

C:\Users\imartine\AppData\Local\Temp\notesC7A056\Clemena Judgment.wpd